Michael JACOBSON, Special Administrator of the Estate of Virginia A. Jacobson, Deceased, Appellant,

v.

Sherry K. SHRESTA, M.D.; Gaston Cornu–Labat, M.D., Appellees,

Insurance Company 1; Insurance Company 2, Defendants,

Midwest Medical Insurance Co.; Midwest Medical Insurance Holding Company, Appellees.

No. 07–2649.

United States Court of Appeals, Eighth Circuit.

Submitted: June 30, 2008.

Filed: July 2, 2008.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Michael Jacobson appeals the district court's[1] order denying reconsideration of the court's Federal Rule of Civil Proce-

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

dure 12(b)(6) dismissal of his complaint. After carefully reviewing the record and Jacobson's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.